**SO ORDERED: February 9, 2022.**



_____
**Jeffrey J. Graham**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 12/2021)

In re:

**Joseph Dewayne Satterfield**,   Case No. **16–07793–JJG–13**
　　Debtor.

### ORDER DENYING MOTION FOR ENTRY OF CHAPTER 12/13/11 SUBCHAPTER V DISCHARGE

A Motion for Entry of Chapter 13 Discharge (DSO case) was filed on November 5, 2021, by Debtor Joseph Dewayne Satterfield.

**IT IS ORDERED** that the Motion for Entry of Chapter 13 Discharge (DSO case) is **DENIED**.

The Clerk's Office will distribute this order.

###