# Notice Recipients

District/Off: 0756–1         User: admin              Date Created: 2/9/2022
Case: 16–07793–JJG–13        Form ID: sgeneric        Total: 3

**Recipients of Notice of Electronic Filing:**
tr      John Morgan Hauber         ecfmail@hauber13.com
aty     David Morris               david.morris@indy.gov
aty     Richard John Shea, Jr.     ecf@sawinlaw.com

TOTAL: 3