UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF04006 (rev 08/2019)

In re:

**Joseph Dewayne Satterfield**,
SSN: xxx–xx–3959    EIN: NA
   624 Congress
   Indianapolis, IN 46208
      Debtor.

Case No. **16–07793–JJG–13**

## NOTICE OF NO DISCHARGE

**NOTICE IS GIVEN** that the discharge of the debtor was denied by an order dated February 9, 2022.

Dated:  March 16, 2022                Eric R. Kleis
                                                     Clerk, U.S. Bankruptcy Court