# Notice Recipients

District/Off: 0756–1     User: admin     Date Created: 3/16/2022
Case: 16–07793–JJG–13     Form ID: SF04006     Total: 38

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| tr | John Morgan Hauber | ecfmail@hauber13.com |
| aty | David Morris | david.morris@indy.gov |
| aty | Douglas J. DeGlopper | ddeglopper@aol.com |
| aty | J. Andrew Sawin | ecf@sawinlaw.com |
| aty | Richard John Shea, Jr. | ecf@sawinlaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Joseph Dewayne Satterfield | 624 Congress   Indianapolis, IN 46208 |
| cr | Child Support Div. Marion County Prosecutor's Office | Marion County Prosecutor's Office   Child Support Division   251 E. Ohio St., Suite 700   Indianapolis, IN 46204 |
| cr | Marion County Treasurer | 200 E. Washington St. Ste 1041   Indianapolis, IN 46204 |
| 14136490 | Alliance One Receivables Inc | PO Box 11641   Tacoma, WA 98411 |
| 14104380 | American | 4647 West 38th St   Indianapolis, IN 46254 |
| 14136488 | Capital Recovery Systems | 750 Cross Pointe Rd., Ste S   Columbus, OH 43230 |
| 14104381 | Citizens Energy Group | 2020 North Meridian St.   Indianapolis, IN 46202 |
| 14104382 | Credit Bureau of Shelby Co. | for Citizens Gas   518 S Harrison   Shelbyville, IN 46176 |
| 14104383 | Deandrea Dodd | Marion County Prosecutor Child Support   251 E Ohio St #700   Indianapolis, IN 46204 |
| 14198433 | ECMC | PO BOX 16408   ST. PAUL, MN 55116–0408 |
| 14104384 | Eagle Acnts | Pob 17400   Indianapolis, IN 46217 |
| 14230611 | IMC CREDIT SERVICES, LLC. | PO BOX 20636   INDIANAPOLIS, IN 46220 |
| 14104385 | Imc Credit Services | 6955 Hillsdale Ct   Indianapolis, IN 46250 |
| 14136493 | Indiana Bureau of Motor Vehicles | 100 N Senate Ave   Indianapolis, IN 46204 |
| 14165215 | Indiana Department of Revenue | Bankruptcy Section   100 North Senate Avenue,Room N240   Indianapolis, IN 46204 |
| 14136491 | Indiana Department of Revenue | IN Government Center North   100 N Senate Rm N–240   Indianapolis, IN 46204 |
| 14236122 | Indianapolis Power & Light Company | Bankruptcy Processing   P. O. Box 1595   Indianapolis, IN 46206 |
| 14136492 | Internal Revenue Service | Attn: Bankruptcy   PO Box 7346   Philadelphia, PA 19101 |
| 14403124 | Internal Revenue Service | Attn: Bankruptcy Dept   PO Box 7346   Philadelphia, PA 19101 |
| 14175922 | MARION COUNTY PROSECUTOR'S OFFICE | CHILD SUPPORT DIVISION   251 E. OHIO STREET, SUITE 700   INDIANAPOLIS, IN 46204 |
| 14136489 | Marion County Community Corrections | 200 E Washington St., #2260   City County Building   Indianapolis, IN 46204 |
| 14104386 | Marion County Treasurer | City County Bldg., Rm 1041   200 E. Washington St.   Indianapolis, IN 46204–3356 |
| 14104387 | Med–1 Sol | 517 Us Highway 31 N   Greenwood, IN 46142 |
| 14104388 | Mid America Labs | PO Box 740658   Cincinnati, OH 45274 |
| 14104390 | Penn Credit | 916 S 14th St   Harrisburg, PA 17104 |
| 14104389 | Penn Credit | Attn:Bankruptcy   Po Box 988   Harrisburg, PA 17108 |
| 14104391 | Redman Luwig, PC | 151 North Delaware Street   Suite 1106   Indianapolis, IN 46204 |
| 14104392 | S & C Financial Group | Att: Scott Wynkoop   1238 N. Pennsylvania   Indianapolis, IN 46202 |
| 14403123 | S & C Financial Group, LLC | Scott A Wynkoop   12358 N Pennsylvania St   Indianapolis, IN 46202 |
| 14104393 | TCC Wireless | 3787 N Meridian St   Indianapolis, IN 46208 |
| 14104394 | Virtuoso Sourcing Group | 4500 E Cherry Creek Dr South   Ste 300   Glendale, CO 80604 |
| 14104395 | Virtuoso Sourcing Group | 4500 E Cherry Creek Sout   Denver, CO 80246 |

TOTAL: 32